IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, THE
DISTRICT OF COLUMBIA, and THE
STATES OF CALIFORNIA, COLORADO,
FLORIDA, GEORGIA, ILLINOIS, INDIANA,
MARYLAND, MICHIGAN, MINNSOTA,
NEW YORK, TENNESSEE, and TEXAS,
*ex rel.* Lisa Woods,

           Plaintiffs,

        v.

STREAMLINE HEALTHCARE
SOLUTIONS, DAVID RYLAND, JAMIL
HUSAIN, and JAVED HUSAIN,

           Defendants.

**FILED *EX PARTE* AND
UNDER SEAL**
Case No. 22-cv-524

---

## ORDER

---

The Relator Lisa Woods having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the United States having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relator Lisa Woods, the United States, and the plaintiff states;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

This 5th day of September, 2023.

_____
United States District Judge